**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Angela E. Noble**  
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09  
Miami, Florida 33128–7716  
(305)523–5100

Date: September 26, 2025

**Clerk of Circuit and County Courts**  
19th Judicial Circuit of Florida  
St. Lucie County Courthouse  
221 South Indian River Drive  
Ft. Pierce, FL 33450

RE:  District Court Case No.: 2:25–cv–14302–AMC

State Court Case No.: 562025CA001405AXXXHC

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

Angela E. Noble, Clerk of Court

By  /s/ *Alisha Beasley*  
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**  
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09  
Miami, Florida 33128–7716  
(305)523–5100

Date: September 26, 2025

**Clerk of Circuit and County Courts**  
19th Judicial Circuit of Florida  
St. Lucie County Courthouse  
221 South Indian River Drive  
Ft. Pierce, FL 33450

RE:  District Court Case No.: 2:25–cv–14302–AMC

State Court Case No.: 562025CA001405AXXXHC

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

**Clerk's Acknowledgment of Receipt**  
The undersigned hereby acknowledges receipt of the District Court's certified copy of the Order of Remand.

By:_____  
     Deputy Clerk

On:_____

Angela E. Noble, Clerk of Court

By  /s/ *Alisha Beasley*  
Deputy Clerk