# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**  
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09  
Miami, Florida 33128-7716  
(305)523-5100

Date: September 26, 2025

**Clerk of Circuit and County Courts**  
19th Judicial Circuit of Florida  
St. Lucie County Courthouse  
221 South Indian River Drive  
Ft. Pierce, FL 33450

FILED BY __MCO__ D.C.

OCT 15 2025

ANGELA E. NOBLE  
CLERK U.S. DIST. CT.  
S. D. OF FLA. - MIAMI

RE: District Court Case No.: 2:25-cv-14302-AMC

State Court Case No.: 562025CA001405AXXXHC

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.



**Clerk's Acknowledgment of Receipt**  
The undersigned hereby acknowledges receipt of the District Court's certified copy of the Order of Remand.

By: _Elizabeth Miranda-Rosario_  
Deputy Clerk

On: _10/7/25_

Angela E. Noble, Clerk of Court

By _/s/ Alisha Beasley_  
Deputy Clerk

**MICHELLE R. MILLER**
CLERK OF THE CIRCUIT COURT & COMPTROLLER
ST. LUCIE COUNTY, FLORIDA

CIVIL DEPARTMENT
P.O. BOX 700 • FORT PIERCE, FL 34954

US POSTAGE
WEST PALM BCH FL 334
9 OCT 2025 AM

quadient
FIRST-CLASS MAIL
$000.74
10/08/2025 ZIP 34950
043M31252948

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
400 NORTH MIAMI AVENUE
ROOM 8N09
MIAMI FL 33128-7716

33128-771699